**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ANDREW ALLRED, TIMOTHY ANAS, DAMIAN ANDERSON, ISABEL ANZIANI, JUSTIN BALL, MITCH BARTHOLOMEW, BRIANNA BROWN, KRIS BUSH, PIARAS CLEIR, DWIGHT COCCO, KENROY COLLINS, LORETTA COOK, JEREMY CRAWFORD, BRIAN CRIBBS, MARCUS CURETON, ROYCE DAVIDSON, STEPHANIE DENNIS, RODERIC DOHLEMAN, DAVID ELLIOTT, AMY ESCEREGA, SHANE FISHER, JUDY FRISCH, TYLER FRITZ, LORNE GENTRY, JASON GORDON, TROY HATCHER, JOHN HEISTER, ROY HILLIARD, MELVILLE HINSHAW, TERRENCE HUI, ION SOUTH, KIMBERLY JAMES, RYAN JARTA, JOSH JENSEN, WILLIAM JOHNSON, HOLLY JONES, CODY KEPNER, GARY KREUTZ, YOEL LEYVA, YSABELL SOSA LOPEZ, BRIAN MAHAN, RICHARD MCCULLOCH, ZACHARY MCINTOSH, RENEA MCKNIGHT, STEVEN MEADORS, NATHAN MIHELICH, DONALD MILNE, MATTHEW MITCHELL, MICHAEL MONTELONE, DONNA MOORE, RICHARD NOPPER, GERALD ODOM, ANDREW OKINCZYC, MANUEL ORTEGA, LARRY PRINE, MELVIN RAMSEY, KELLY ANN REESE, LUKE REYNOLDS, ERIK RICHTMEYER, DOUG RITSON, SEAN ROBINSON, CHRIS SARCLETTI, MARCUS SATTLER, BETH SCHERZER, DORAN SCHULTZ, BENJAMIN SEBRING, MICHELLE SHANG, HEATHER SIMPSON, AMANDA SINDEL-KESWICK, ERIC SISLER, MICHAEL SUDOMIR, MAX THEEL, RALPH THORNBURG, JAMES TILLMAN, EMILY AND EDWARD TRACEY, TERRY

Case No. 25-13069

TURNER, GUILLIANA VIGUET, LEONARD WHITE JR, SAEED WILKINS, DONALD WINTERSTEIN, MIKHAEL YAHMUK, TIMOTHY YOUNG, MICHAEL YOUNG, AMANDA ZABADY, GLEN ZACZKOWSKI, and RAYMOND ZINGALE,

Plaintiffs,

v.

GENERAL MOTORS LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,

Defendant.

## INTRODUCTION

Plaintiffs ANDREW ALLRED, an individual, TIMOTHY ANAS, an individual, DAMIAN ANDERSON, an individual, ISABEL ANZIANI, an individual, JUSTIN BALL, an individual, MITCH BARTHOLOMEW, an individual, BRIANNA BROWN, an individual, KRIS BUSH, an individual, PIARAS CLEIR, an individual, DWIGHT COCCO, an individual, KENROY COLLINS, an individual, LORETTA COOK, an individual, JEREMY CRAWFORD, an individual, BRIAN CRIBBS, an individual, MARCUS CURETON, an individual, ROYCE DAVIDSON, an individual, STEPHANIE DENNIS, an individual, RODERIC DOHLEMAN, an individual, DAVID ELLIOTT, an individual, AMY ESCEREGA, an individual, SHANE FISHER, an individual, JUDY FRISCH, an individual, TYLER FRITZ, an individual, LORNE GENTRY, an individual, JASON GORDON, an individual, TROY HATCHER, an individual, JOHN HEISTER, an individual, ROY HILLIARD, an individual, MELVILLE HINSHAW, an individual, TERRENCE HUI, an individual, ION SOUTH, an corporation, KIMBERLY JAMES, an individual, RYAN JARTA, an individual, JOSH JENSEN, an individual, WILLIAM JOHNSON, an individual, HOLLY JONES, an individual, CODY KEPNER, an individual,

GARY KREUTZ, an individual, YOEL LEYVA, an individual, YSABELL SOSA LOPEZ, an individual, BRIAN MAHAN, an individual, RICHARD MCCULLOCH, an individual, ZACHARY MCINTOSH, an individual, RENEA MCKNIGHT, an individual, STEVEN MEADORS, an individual, NATHAN MIHELICH, an individual, DONALD MILNE, an individual, MATTHEW MITCHELL, an individual, MICHAEL MONTELONE, an individual, DONNA MOORE, an individual, RICHARD NOPPER, an individual, GERALD ODOM, an individual, ANDREW OKINCZYC, an individual, MANUEL ORTEGA, an individual, LARRY PRINE, an individual, MELVIN RAMSEY, an individual, KELLY ANN REESE, an individual, LUKE REYNOLDS, an individual, ERIK RICHTMEYER, an individual, DOUG RITSON, an individual, SEAN ROBINSON, an individual, CHRIS SARCLETTI, an individual, MARCUS SATTLER, an individual, BETH SCHERZER, an individual, DORAN SCHULTZ, an individual, BENJAMIN SEBRING, an individual, MICHELLE SHANG, an individual, HEATHER SIMPSON, an individual, AMANDA SINDEL-KESWICK, an individual, ERIC SISLER, an individual, MICHAEL SUDOMIR, an individual, MAX THEEL, an individual, RALPH THORNBURG, an individual, JAMES TILLMAN, an individual, EMILY AND EDWARD TRACEY, individuals, TERRY TURNER, an individual, GUILLIANA VIGUET, an individual, LEONARD WHITE JR, an individual, SAEED WILKINS, an individual, DONALD WINTERSTEIN, an individual, MIKHAEL YAHMUK, an individual, TIMOTHY YOUNG, an individual, MICHAEL YOUNG, an individual, AMANDA ZABADY, an individual, GLEN ZACZKOWSKI, an individual, RAYMOND ZINGALE, an individual (referred to collectively herein as “Plaintiffs”) file this Complaint and allege the following based upon information and belief:

## THE PARTIES

1. Plaintiff Andrew Allred is a resident and citizen of the state of South Carolina. Plaintiff Timothy Anas is a resident and citizen of the state of New York. Plaintiff Damian Anderson is a resident and citizen of the state of Washington. Plaintiff Isabel Anziani is a resident and citizen of the state of Florida. Plaintiff Justin Ball is a resident and citizen of the state of Kentucky. Plaintiff Mitch Bartholomew is a resident and citizen of the state of Utah. Plaintiff Brianna Brown is a resident and citizen of the state of New York. Plaintiff Kris Bush is a resident and citizen of the state of Georgia. Plaintiff Piaras Cleir is a resident and citizen of the state of

Georgia. Plaintiff Dwight Cocco is a resident and citizen of the state of Arizona. Plaintiff Kenroy Collins is a resident and citizen of the state of New Jersey. Plaintiff Loretta Cook is a resident and citizen of the state of Oregon. Plaintiff Jeremy Crawford is a resident and citizen of the state of Arizona. Plaintiff Brian Cribbs is a resident and citizen of the state of New York. Plaintiff Marcus Cureton is a resident and citizen of the state of North Carolina. Plaintiff Royce Davidson is a resident and citizen of the state of Arizona. Plaintiff Stephanie Dennis is a resident and citizen of the state of Ohio. Plaintiff Roderic Dohleman is a resident and citizen of the state of Washington. Plaintiff David Elliott is a resident and citizen of the state of Texas. Plaintiff Amy Escerega is a resident and citizen of the state of Arizona. Plaintiff Shane Fisher is a resident and citizen of the state of Arizona. Plaintiff Judy Frisch is a resident and citizen of the state of Ohio. Plaintiff Tyler Fritz is a resident and citizen of the state of Tennessee. Plaintiff Lorne Gentry is a resident and citizen of the state of Indiana. Plaintiff Jason Gordon is a resident and citizen of the state of Wisconsin. Plaintiff Troy Hatcher is a resident and citizen of the state of Ohio. Plaintiff John Heister is a resident and citizen of the state of New York. Plaintiff Roy Hilliard is a resident and citizen of the state of California. Plaintiff Melville Hinshaw is a resident and citizen of the state of Nevada. Plaintiff Terrence Hui is a resident and citizen of the state of California. Plaintiff ION South is a resident and citizen of the state of Alabama. Plaintiff Kimberly James is a resident and citizen of the state of Michigan. Plaintiff Ryan Jarta is a resident and citizen of the state of Illinois. Plaintiff Josh Jensen is a resident and citizen of the state of Utah. Plaintiff William Johnson is a resident and citizen of the state of Illinois. Plaintiff Holly Jones is a resident and citizen of the state of Missouri. Plaintiff Cody Kepner is a resident and citizen of the state of Maryland. Plaintiff Gary Kreutz is a resident and citizen of the state of Illinois. Plaintiff Yoel Leyva is a resident and citizen of the state of Missouri. Plaintiff Ysabell Sosa Lopez is a resident and citizen of the state of Florida. Plaintiff Brian Mahan is a resident and citizen of the state of Florida. Plaintiff Richard McCulloch is a resident and citizen of the state of Florida. Plaintiff Zachary McIntosh is a resident and citizen of the state of Utah. Plaintiff Renea McKnight is a resident and citizen of the state of Michigan. Plaintiff Steven Meadors is a resident and citizen of the state of Virginia. Plaintiff Nathan Mihelich is a resident and citizen of the state of Illinois. Plaintiff Donald Milne is a resident and citizen of

the state of Indiana. Plaintiff Matthew Mitchell is a resident and citizen of the state of California. Plaintiff Michael Montelone is a resident and citizen of the state of Washington. Plaintiff Donna Moore is a resident and citizen of the state of Washington. Plaintiff Richard Nopper is a resident and citizen of the state of New York. Plaintiff Gerald Odom is a resident and citizen of the state of Missouri. Plaintiff Andrew Okinczyc is a resident and citizen of the state of Washington. Plaintiff Manuel Ortega is a resident and citizen of the state of Arizona. Plaintiff Larry Prine is a resident and citizen of the state of Arizona. Plaintiff Melvin Ramsey is a resident and citizen of the state of Nebraska. Plaintiff Kelly Ann Reese is a resident and citizen of the state of Illinois. Plaintiff Luke Reynolds is a resident and citizen of the state of New York. Plaintiff Erik Richtmeyer is a resident and citizen of the state of Florida. Plaintiff Doug Ritson is a resident and citizen of the state of New Mexico. Plaintiff Sean Robinson is a resident and citizen of the state of Arizona. Plaintiff Chris Sarcletti is a resident and citizen of the state of Illinois. Plaintiff Marcus Sattler is a resident and citizen of the state of Virginia. Plaintiff Beth Scherzer is a resident and citizen of the state of Prince Edward Island. Plaintiff Doran Schultz is a resident and citizen of the state of Iowa. Plaintiff Benjamin Sebring is a resident and citizen of the state of North Carolina. Plaintiff Michelle Shang is a resident and citizen of the state of Oregon. Plaintiff Heather Simpson is a resident and citizen of the state of Michigan. Plaintiff Amanda Sindel-Keswick is a resident and citizen of the state of Massachusetts. Plaintiff Eric Sisler is a resident and citizen of the state of Minnesota. Plaintiff Michael Sudomir is a resident and citizen of the state of Alaska. Plaintiff Max Theel is a resident and citizen of the state of Kansas. Plaintiff Ralph Thornburg is a resident and citizen of the state of Florida. Plaintiff James Tillman is a resident and citizen of the state of Alabama. Plaintiffs Emily and Edward Tracey are residents and citizens of the state of New York. Plaintiff Terry Turner is a resident and citizen of the state of Utah. Plaintiff Guilliana Viguet is a resident and citizen of the state of Florida. Plaintiff Leonard White Jr is a resident and citizen of the state of Arizona. Plaintiff Saeed Wilkins is a resident and citizen of the state of Illinois. Plaintiff Donald Winterstein is a resident and citizen of the state of Oregon. Plaintiff Mikhael Yahmuk is a resident and citizen of the state of Georgia. Plaintiff Timothy Young is a resident and citizen of the state of Vermont. Plaintiff Michael Young is a resident and citizen of the state of Washington.

Plaintiff Amanda Zabady is a resident and citizen of the state of Florida. Plaintiff Glen Zaczkowski is a resident and citizen of the state of Connecticut. Plaintiff Raymond Zingale is a resident and citizen of the state of New York.

2. Defendant General Motors, LLC (hereinafter referred to as "General Motors" or "Defendant") is a Delaware limited liability company with its principal place of business at 300 Renaissance Ctr., in Detroit, Michigan. The sole member of General Motors LLC is General Motors Holdings, LLC, which is also a Delaware limited liability company with its principal place of business in Michigan. The sole member of General Motors Holdings, LLC is General Motors Company, a corporation organized under the laws of Delaware with its principal place of business in Michigan.

3. The true names and capacities of Defendants sued herein as DOES 1 through 10, inclusive, are presently unknown to Plaintiffs who will seek leave of this Court to amend this Complaint to include these DOE Defendants when they are identified.

4. At all times mentioned in the Complaint, each of the Defendants were agents of each and every other Defendant. In doing the things alleged in the Complaint, each Defendant was acting within the course and scope of their agency and was acting with the consent, permission and authorization of each of the other Defendants.

## JURISDICTION IS PROPER UNDER § 1332(a)

5. The Court has jurisdiction over this action pursuant to 28 U.S.C. §1332(a), which grants federal district courts original jurisdiction of all civil actions where (1) the action is between citizens of different states, and (2) the amount in controversy exceeds $75,000, exclusive of interest and costs. As set forth below, this action satisfies both requirements.

6. **There is Complete Diversity of Citizenship.** Section 1332(a) requires complete diversity of citizenship, which is established when "each defendant is a citizen of a different State from each plaintiff." *Owen Equip. & Erection Co. v Kroger,* 437 U.S. 365, 373 (1978).

7. Plaintiffs are citizens and residents of the states of Arizona, California, Colorado, Florida, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Maine, Maryland, Massachusetts, Minnesota, Montana, New Jersey, New Mexico, North Carolina, Ohio, Oregon, South Carolina, Tennessee, Texas, Virginia, Washington, Wisconsin, and Wyoming.

8. General Motors LLC is a Delaware limited liability company with its principal place of business in Detroit, Michigan. The sole member of General Motors LLC is General Motors Holdings, LLC, which is also a Delaware limited liability company with its principal place of business in Michigan. The sole member of General Motors Holdings, LLC is General Motors Company, a corporation organized under the laws of Delaware with its principal place of business in Michigan. Therefore, General Motors, LLC is a citizen of the states of Delaware and Michigan.

9. Because Plaintiffs are citizens of Arizona, California, Colorado, Florida, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Maine, Maryland, Massachusetts, Minnesota, Montana, New Jersey, New Mexico, North Carolina, Ohio, Oregon, South Carolina, Tennessee, Texas, Virginia, Washington, Wisconsin, Wyoming there is complete diversity of citizenship in this action as required by §1332(a).

10. **The Amount In Controversy Exceeds $75,000.** Section 1332(a) also requires that the amount in controversy "exceeds the sum or value of $75,000, exclusive of interest and costs." Based on each Plaintiff's claim for civil penalties, restitution, rescission and attorneys' fees, the amount in controversy exceeds the jurisdictional minimum of $75,000, exclusive of interest and costs, thereby vesting this Court with jurisdiction under 28 U.S.C. § 1332(a). In addition, each Plaintiff asserts a claim for punitive damages, which is included in determining the amount in controversy for subject matter jurisdiction, *Bell v. Preferred Life Assur. Society*, 320 U.S. 238, 240 (1943). Furthermore, for purposes of determining the amount in controversy the court should consider not just attorneys' fees incurred to date, but the possible attorneys' fees that will be incurred during the court of the litigation. *Fritsch v. Swift Transp. Co. of Ariz, LLC*, 889 F.3d 785, 794 (9th Cir. 2018).

11. Defendant is subject to personal jurisdiction in Michigan based upon sufficient minimum contacts which exist between Defendant and Michigan. Defendant is authorized to do and does business in Michigan.

## VENUE IS PROPER UNDER § 1391

12. Venue is proper in this District pursuant to 28 U.S.C. §1391 because a substantial part of the events, transactions, and conduct giving rise to the claims occurred in and emanated from this District. Further, GM is headquartered and transacts business in this District.

## GENERAL ALLEGATIONS

13. Plaintiff Younes Abouelfald purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S01N4100316, which was manufactured, distributed and/or sold by Defendant. Plaintiff Anne Alesch purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S09M4102114, which was manufactured, distributed and/or sold by Defendant. Plaintiff Lawrence Alexander purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S05N4100192, which was manufactured, distributed and/or sold by Defendant. Plaintiff John Avedian purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S00K4136703, which was manufactured, distributed and/or sold by Defendant. Plaintiff Brenda Ballard purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S00K4108951, which was manufactured, distributed and/or sold by Defendant. Plaintiff Dustin Borchardt purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S02H4178821, which was manufactured, distributed and/or sold by Defendant. Plaintiff Eric Bradberry purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S0XH4185289, which was manufactured, distributed and/or sold by Defendant. Plaintiff Bret Caldwell purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S00K4118604, which was manufactured, distributed and/or sold by Defendant. Plaintiff Michael Campbell purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S0XK4107304, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Paul Cherubino purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S00L4149482, which was manufactured, distributed and/or sold by Defendant. Plaintiff Thomas Collins purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S01N4105953, which was manufactured, distributed and/or sold by Defendant. Plaintiff Traci Collins purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S09L4140489, which was manufactured, distributed and/or sold by Defendant. Plaintiff Lea Compton purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S09K4146871, which was manufactured, distributed and/or sold by Defendant. Plaintiff Matthew Danser purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S01N4108958, which was manufactured, distributed and/or sold by Defendant. Plaintiff Anthony Denike purchased a 2018 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S01J4119930, which was manufactured, distributed and/or sold by Defendant. Plaintiff Susan Farley purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S07M4102227, which was manufactured, distributed and/or sold by Defendant. Plaintiff Carl Feldman purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S00H4185279, which was manufactured, distributed and/or sold by Defendant. Plaintiff Donald Freudiger purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S09L4117763, which was manufactured, distributed and/or sold by Defendant. Plaintiff Yolanda Gallagher purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S04K4145291, which was manufactured, distributed and/or sold by Defendant. Plaintiff William Garber purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S09H4135838, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jose Garriga purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S04N4101248, which was manufactured, distributed and/or sold by Defendant. Plaintiff David Gemoll purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S0XH4178680, which was manufactured, distributed and/or sold by Defendant. Plaintiff Daniel Gilbert purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S02K4111086, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Jason Giurintano purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S01H4176574, which was manufactured, distributed and/or sold by Defendant. Plaintiff Clay Goldberg purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S08M4101510, which was manufactured, distributed and/or sold by Defendant. Plaintiff Thomas Gorman purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S04L4140705, which was manufactured, distributed and/or sold by Defendant. Plaintiff Seth Greenley purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S03M4105865, which was manufactured, distributed and/or sold by Defendant. Plaintiff Donald Groft purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S06K4135023, which was manufactured, distributed and/or sold by Defendant. Plaintiff Tony Hardee purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S06N4101414, which was manufactured, distributed and/or sold by Defendant. Plaintiff William Haynes purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S0XN4102787, which was manufactured, distributed and/or sold by Defendant. Plaintiff Eric Henry purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S01L4104020, which was manufactured, distributed and/or sold by Defendant. Plaintiff Tina Herrmann purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S09H4170568, which was manufactured, distributed and/or sold by Defendant. Plaintiff Susan Hersh purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S05H4180188, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jeanne Hey purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S00H4174575, which was manufactured, distributed and/or sold by Defendant. Plaintiff Sandra Hughes purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S00H4165016, which was manufactured, distributed and/or sold by Defendant. Plaintiff Lauren Huse purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S01N4112706, which was manufactured, distributed and/or sold by Defendant. Plaintiff Rex Isenhower purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S07L4140698, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Ali Jamshidi purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S01K4136562, which was manufactured, distributed and/or sold by Defendant. Plaintiff Brenda Johnson purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S02H4137945, which was manufactured, distributed and/or sold by Defendant. Plaintiff Gerald Johnston Jr purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S08M4102556, which was manufactured, distributed and/or sold by Defendant. Plaintiff Ross Kane purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S09N4116368, which was manufactured, distributed and/or sold by Defendant. Plaintiff Daniel Kashdan purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S06H4181675, which was manufactured, distributed and/or sold by Defendant. Plaintiff Eli Kendrick purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S06M4104645, which was manufactured, distributed and/or sold by Defendant. Plaintiff Eli Kendrick purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S02H4127354, which was manufactured, distributed and/or sold by Defendant. Plaintiff Kirk Kistoo purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S08H4159547, which was manufactured, distributed and/or sold by Defendant. Plaintiff Pamela Lanham purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S07L4129990, which was manufactured, distributed and/or sold by Defendant. Plaintiff Bryce Lichtig purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S01N4101837, which was manufactured, distributed and/or sold by Defendant. Plaintiff Brian Lisse purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S07H4183127, which was manufactured, distributed and/or sold by Defendant. Plaintiff John Lovelace purchased a 2018 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S04J4137566, which was manufactured, distributed and/or sold by Defendant. Plaintiff Bruce Lynch purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S05H4112778, which was manufactured, distributed and/or sold by Defendant. Plaintiff Ann Lynch purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S03L4109753, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Dean Lyulkin purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S04H4136962, which was manufactured, distributed and/or sold by Defendant. Plaintiff Marc Major purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S02L4141349, which was manufactured, distributed and/or sold by Defendant. Plaintiff John Marr, Jr. purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S06M4109022, which was manufactured, distributed and/or sold by Defendant. Plaintiff Angela McClean purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S03L4112980, which was manufactured, distributed and/or sold by Defendant. Plaintiff Kevin McGee purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S04K4139519, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jerry McGuire purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S0XN4107677, which was manufactured, distributed and/or sold by Defendant. Plaintiff Tim McQuillen purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S04H4184073, which was manufactured, distributed and/or sold by Defendant. Plaintiff Mason Miller purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S07K4132289, which was manufactured, distributed and/or sold by Defendant. Plaintiff Alexandra Minicozzi purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S06K4107168, which was manufactured, distributed and/or sold by Defendant. Plaintiff John Mohr purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S05L4146125, which was manufactured, distributed and/or sold by Defendant. Plaintiff Thadyus Moore purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S02L4112369, which was manufactured, distributed and/or sold by Defendant. Plaintiff David Moore purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S05L4110924, which was manufactured, distributed and/or sold by Defendant. Plaintiff Susan Moran purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S09N4112033, which was manufactured, distributed and/or sold by Defendant. Plaintiff Susan Moran purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S05N4125696, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Timothy Moy purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S06H4160774, which was manufactured, distributed and/or sold by Defendant. Plaintiff Susan Mulhern purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S0XM4107144, which was manufactured, distributed and/or sold by Defendant. Plaintiff Juniper Mulligan purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S06N4100413, which was manufactured, distributed and/or sold by Defendant. Plaintiff Milton Murphy purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S05L4119154, which was manufactured, distributed and/or sold by Defendant. Plaintiff Brenda Neal purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S05N4102759, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jason Nisly purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S01K4102642, which was manufactured, distributed and/or sold by Defendant. Plaintiff Denise O'Connor purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S01K4104911, which was manufactured, distributed and/or sold by Defendant. Plaintiff Shaleigh Olson purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S06L4104100, which was manufactured, distributed and/or sold by Defendant. Plaintiff Todd Onken purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S07M4100719, which was manufactured, distributed and/or sold by Defendant. Plaintiff Marisa Opal purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S02H4137365, which was manufactured, distributed and/or sold by Defendant. Plaintiff William Oviatt purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S04L4130730, which was manufactured, distributed and/or sold by Defendant. Plaintiff Magdalena Pearson purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S05K4120445, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jimmy Phan purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S05H4142382, which was manufactured, distributed and/or sold by Defendant. Plaintiff Muriel Quan purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S04M4113279, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Trudy Rants purchased a 2018 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S00J4131311, which was manufactured, distributed and/or sold by Defendant. Plaintiff Thomas Reiley purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S07K4109837, which was manufactured, distributed and/or sold by Defendant. Plaintiff Leonard Roberts purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S03L4122683, which was manufactured, distributed and/or sold by Defendant. Plaintiff Walter Roberts purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S05L4142110, which was manufactured, distributed and/or sold by Defendant. Plaintiff Curtis Roberts purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S04N4118402, which was manufactured, distributed and/or sold by Defendant. Plaintiff Michael Robertson purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S04N4101914, which was manufactured, distributed and/or sold by Defendant. Plaintiff Mitchell Rojo purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S0XN4118646, which was manufactured, distributed and/or sold by Defendant. Plaintiff Joseph Romero purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S00M4110962, which was manufactured, distributed and/or sold by Defendant. Plaintiff Thomas Rooney purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S05M4103215, which was manufactured, distributed and/or sold by Defendant. Plaintiff William Russel purchased a 2018 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S0XJ4119797, which was manufactured, distributed and/or sold by Defendant. Plaintiff Anne Sanchez purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S03N4118359, which was manufactured, distributed and/or sold by Defendant. Plaintiff Linda Schilling purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S04M4100383, which was manufactured, distributed and/or sold by Defendant. Plaintiff Steven Schmid purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S08L4121898, which was manufactured, distributed and/or sold by Defendant. Plaintiff Harlan Schmidt purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S01N4102180, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Eric Senecal purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S03L4117340, which was manufactured, distributed and/or sold by Defendant. Plaintiff Christopher Silva purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S07N4112600, which was manufactured, distributed and/or sold by Defendant. Plaintiff Lisa Silva purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S07L4150208, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jennifer Simpson purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S08L4140943, which was manufactured, distributed and/or sold by Defendant. Plaintiff Russell Snyder purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S00L4147475, which was manufactured, distributed and/or sold by Defendant. Plaintiff Dustin Stinson purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S08H4151736, which was manufactured, distributed and/or sold by Defendant. Plaintiff James Sultan purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S06M4101955, which was manufactured, distributed and/or sold by Defendant. Plaintiff Andrew Swenson purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S08N4106343, which was manufactured, distributed and/or sold by Defendant. Plaintiff Brenda Swenson purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S06L4136495, which was manufactured, distributed and/or sold by Defendant. Plaintiff Arthur Tarani purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S01L4128513, which was manufactured, distributed and/or sold by Defendant. Plaintiff Janet Tatum purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S07K4147632, which was manufactured, distributed and/or sold by Defendant. Plaintiff Larry Trego purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S05L4143922, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jerry Trujillo purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S01N4102354, which was manufactured, distributed and/or sold by Defendant. Plaintiff Lucas Uecker purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S0XL4113818, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Jay Volk purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S0XM4100441, which was manufactured, distributed and/or sold by Defendant. Plaintiff George Von Duerring purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S02M4106313, which was manufactured, distributed and/or sold by Defendant. Plaintiff Ba Khai Vuong purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S01H4164313, which was manufactured, distributed and/or sold by Defendant. Plaintiff Joseph Wall purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S08L4129290, which was manufactured, distributed and/or sold by Defendant. Plaintiff Thomas Walsh purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S02N4105759, which was manufactured, distributed and/or sold by Defendant. Plaintiff Thomas Weinfurter purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S0XM4100486, which was manufactured, distributed and/or sold by Defendant. Plaintiff Valerie West purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S08K4135313, which was manufactured, distributed and/or sold by Defendant. Plaintiff Daniel Whipple purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S0XL4146303, which was manufactured, distributed and/or sold by Defendant. Plaintiff Brian Wiersema purchased a 2018 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S07J4118894, which was manufactured, distributed and/or sold by Defendant. Plaintiff Columbus Williams purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S04K4112367, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jennifer Yamazawa purchased a 2018 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S08J4125999, which was manufactured, distributed and/or sold by Defendant. Plaintiff Justin Zinser purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S07K4134186, which was manufactured, distributed and/or sold by Defendant. Plaintiff Justin Zinser purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S07K4143048, which was manufactured, distributed and/or sold by Defendant. Plaintiff Justin Zinser purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S04M4100841, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Brenda Bellocchio purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S05L4138400, which was manufactured, distributed and/or sold by Defendant. Plaintiff Kenneth Brown purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S09K4112607, which was manufactured, distributed and/or sold by Defendant. Plaintiff Sitao Brownheim purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S00N4118920, which was manufactured, distributed and/or sold by Defendant. Plaintiff Joseph Carlat purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S01N4103954, which was manufactured, distributed and/or sold by Defendant. Plaintiff Henry Graves purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S04M4111786, which was manufactured, distributed and/or sold by Defendant. Plaintiff James Kirk II purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S06N4106557, which was manufactured, distributed and/or sold by Defendant. Plaintiff Rio Krtek purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S09M4104920, which was manufactured, distributed and/or sold by Defendant. Plaintiff Antonio Langer purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S05N4102778, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jimmy Lew purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S0XL4149315, which was manufactured, distributed and/or sold by Defendant. Plaintiff Zalyn Meanus purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S03L4134605, which was manufactured, distributed and/or sold by Defendant. Plaintiff Maria Pike purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S07M4111359, which was manufactured, distributed and/or sold by Defendant. Plaintiff Henry Quame purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S09N4108077, which was manufactured, distributed and/or sold by Defendant. Plaintiff Tyus Rafael purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S02N4103306, which was manufactured, distributed and/or sold by Defendant. Plaintiff Cynthia Sheppard purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S08M4104553, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Greg Sparks purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S03M4103519, which was manufactured, distributed and/or sold by Defendant. Plaintiff Greg Sparks purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S09M4108627, which was manufactured, distributed and/or sold by Defendant. Plaintiff Erik Stade purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S0XM4108911, which was manufactured, distributed and/or sold by Defendant. Plaintiff William Stanton purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S00K4129246, which was manufactured, distributed and/or sold by Defendant. Plaintiff Michael Thomas purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S04N4109893, which was manufactured, distributed and/or sold by Defendant. Plaintiff Elias Tzontlimatzi purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S00M4103488, which was manufactured, distributed and/or sold by Defendant. Plaintiff Andrew Washam purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S08N4103145, which was manufactured, distributed and/or sold by Defendant. Plaintiff Adam Gabbert purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S0XK4103091, which was manufactured, distributed and/or sold by Defendant.

(The Plaintiffs' vehicles described above shall hereinafter be referred to collectively as the "Subject Vehicles".)

14. At the time of purchase, Defendant provided Plaintiffs with an express warranty concerning the manufacture, operation and performance of the Subject Vehicles, upon which Plaintiffs reasonably relied upon when deciding to purchase the Subject Vehicles.

15. Shortly after the purchases, Plaintiffs experienced significant and/or excessive nonconformities with the Subject Vehicles which significantly impaired the Subject Vehicles' use, value and/or safety. Such defects/nonconformities include, but are not limited to unresolved high voltage battery defects, which make the Subject Vehicles a high risk for battery melt or fire, plus other operational problems. The battery risk of melting or fire is a significant safety issue and severely limits indoor vehicle parking options.

16. Plaintiffs delivered the Subject Vehicles to Defendant's authorized repair facilities for repair of the foregoing nonconformities. Despite the repeated repair attempts, Defendant and/or its authorized repair facilities have been unable to repair the Subject Vehicles' nonconformities in accordance with Defendant's express and implied warranties.

17. Moreover, the Subject Vehicles have not been repaired within a reasonable time frame and spent several days in the shop.

18. Despite confirmation of the nonconformities and repeated lengthy repair attempts, Defendant has been unable to correct the nonconformities. These nonconformities substantially impair the use, value and/or safety of the Subject Vehicles. Further, Defendant breached its express and implied warranties and refuses to comply with its obligations under the Magnusson-Moss Warranty Act.

19. Plaintiffs have incurred and continue to incur significant damages as a result of the nonconformities and Defendant's failure to honor the applicable express warranties. Such damages include, but are not limited to, actual, special, consequential damages, direct out of pocket expenses and loss of use of the Subject Vehicles.

## FIRST CAUSE OF ACTION

**(Breach of Express Warranty – Magnuson-Moss Warranty Act; 15 U.S.C. §2301, *et seq*.)**

20. Plaintiffs hereby incorporate by reference and re-alleges each of the allegations contained in the foregoing paragraphs as though fully set forth in this cause of action.

21. Plaintiffs are "consumer(s)" within the meaning of Section 2301(3) of the Magnuson-Moss Warranty Act ("MMWA").

22. Defendant is a "warrantor" within the meaning of Section 2301(5) of the MMWA.

23. As set forth herein, Defendant expressly warranted the Subject Vehicles within the meaning of Section 2301(6) of the MMWA. Defendant breached its express warranties in the

manner described herein.

24. Defendant's breach was a substantial factor and proximate cause in the resulting damages to Plaintiffs, which include, but are not limited to: actual, special, incidental and consequential damages in an amount according to proof at trial, in addition to Plaintiffs' attorneys' fees and costs.

## SECOND CAUSE OF ACTION

**(Breach of Implied Warranty – Magnuson-Moss Warranty Act; 15 U.S.C. §2301, *et seq*.)**

25. Plaintiffs hereby incorporate by reference and re-allege each of the allegations contained in the foregoing paragraphs as though fully set forth in this cause of action.

26. Plaintiffs are "consumer(s)" within the meaning of Section 2301(3) of the MMWA.

27. Defendant is a "warrantor" within the meaning of Section 2301(5) of the MMWA.

28. As set forth herein, Defendant impliedly warranted the Subject Vehicles as being merchantable and fit for a particular purpose, which warranties are implied within the meaning of Section 2301(7) of the MMWA. Defendant breached the implied warranties in the manner described herein.

29. As set forth herein, Defendant impliedly warranted the Subject Vehicles as being merchantable and fit for a particular purpose, which warranties are implied within the meaning of Section 2301(7) of the MMWA. Defendant breached the implied warranties in the manner described herein.

30. As a direct and proximate cause of Defendant's breach and failure to comply with their obligations under the applicable implied warranties, Plaintiffs suffered actual, special, incidental and consequential damages in an amount according to proof at trial, in addition to Plaintiffs' attorneys' fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment as follows:

1. For general, special and actual damages according to proof at trial;

2. For rescission of the purchase contract and restitution of all monies expended;

3. For incidental and consequential damages according to proof at trial;

4. For a civil penalty in an amount of two times Plaintiff's actual damages;

5. For prejudgment interest at the legal rate;

6. For reasonable attorney's fees and costs of suit; and

7. For such other and further relief as this Court deems just and proper.

**JURY TRIAL DEMANDED**

31. Plaintiffs demand a jury trial on all triable issues.

DATED this 26th day of September, 2025.

AMINI & CONANT

By /s/ Neema Amini

Neema Amini (P88571)
1204 San Antonio Street
Second Floor
Austin, Texas 78701
Tel: (512) 222-6883
Fax: (512) 900-7967
neema@aminiconant.com
Local Counsel for Plaintiffs

Steven L. Marchbanks (214686)
PREMIER LEGAL CENTER, APC
1055 Torrey Pines Rd. Ste. 205
La Jolla, CA 92037
Tel: (619) 235-3200

Fax: (619) 235-3300
steve@premierlegalcenter.com

*Attorneys for Plaintiffs*